IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUSTINE LEBLANC,

    Plaintiff,

vs.                                                                 15-cv-955-MCA/SCY

GOVERNMENT EMPLOYEES INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER, having come before the Court upon Defendant's Motion to Dismiss with Prejudice all claims which have been set forth or which could have been set forth in this action by Plaintiff, and the Court having considered said Motion, noting the concurrence of counsel, and being otherwise fully advised in the premises, finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the above-captioned matter against Defendant is hereby dismissed with prejudice.

                                                  US DISTRICT COURT JUDGE

APPROVED:

/s/ David M. Houliston
Mr. David M. Houliston


/s/ Duane M. Houliston
Duane J. Lind


/s/ Stephen M. Simone
Stephen M. Simone


/s/ Jessica Singer
Jessica Singer